## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 361 WAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 952 WDA |
| | : | 2018 entered on September 13, |
| VANCE LEON HASKELL, | : | 2019, **affirming** the Order of the |
| | : | Erie County Court of Common Pleas |
| Petitioner | : | at No. CP-25-CR-0000731-1998 |
| | : | entered on June 21, 2018 |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2020, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Court of Common Pleas for reconsideration in light of this Court's decision in *Commonwealth v. Johnson*, 40 EAP 2018.